United States District Court
District Of Connecticut

Raymond J. Cerilli     —X   Prisoner: (CFD)
      Vs.                Case No. 3:03-CV-340
Warden Rodriguez   —X   Date 12/24/03.

## Motion For The Appointment of Counsel:

I' Raymond J. Cerilli, And I' Respectfully Request the Appointment Of Counsel, For The Following:

A.) That the Petitioner, be brought before the Court, so that justice may be done.

B.) That the case be remanded to the Trial Court for further Proceedings, The petitioner is being Denied In State Court.

Respectfully Submitted,

Raymond J. Cerilli

MacDougall- Walker CI
1153 East St. S.
Suffield, Ct. 06080-0002