United States District Court
District of Connecticut

---

Raymond J. Cerilli          PRISONER:
                            CASE No. 3:03CV340(CFD)
V.

Warden Rodriguez.          Date 12/24/03

## To Withdraw Second Amended Application: Motion To Withdraw Without Prejudice:

I, Raymond J. Cerilli., withdraw this; Above Petition., And the Defedant(s), should not be prejudice by This., The petitioner has been transferred to another Prison MacDougall C.I.

1.) The petitioner., And respectfully, requests this petition to be withdrawn. Because the petition is done wrong. When petitioner, was asked to "Amend" the petition; All the Claims were not put back IN.; only only one Claim.

2.) The petitioner. Is not an Attorney. And cannot understand what the Magistrate., was asking?

3.) The Amended Application For A Writ Of Habeas Corpus., Pursuant To 28 U.S.C. §2254 by A Person In State Custody, has been done WRONG... By the Petitioner Raymond J. Cerilli.

4.) The Petitioner, has been given a new Attorney, In State Court., on his Habeas Corpus., And has given all the information to the Attorney., Regarding my Criminal Case., The old Attorney Adam A. Liben, has withdrawn from my Case: See: 4.A); And there Is A problem In State Court Now...

5.) I, don't know what is going To Happen In my State Case? If the federal Court will give me the Evidentiary hearing That Is Necessary., because I did not put all the Claims back Into my Amended Application. because I don't understand... See: 5.A.) Attached hereto:

6.) The Petitioner, would like to withdraw this petition above: And Refile #3rd Amended Application—

4.A) The petitioner, states he has filed a Grievance Against Counsel, Mr. Laben. For not helping me., Misleading the Court., Because the Attorney was working "Outside" the Connecticut Practice Book. The Expert Witness Attorney Leon Kaatz; was NEVER Ordered By The Honorable Radcliffe J.), And there was ("NO") Judge in the Court room on June 4th, 2003.; As Mr. Laben. Is' Lying in his Letter September 17th, 2003. Attached hereto., "ON" July 17th, 2003., We were before the Honorable Radcliffe. J.), In the Court room., I'm' Requesting The Transcripts From June 4th, 2003., To The Hearing Before Honorable Radcliffe J.) on about July 17th, 2003... or August 19th 2003, The petitioner, I's Requesting All Testimony Recorded on All these days in question..." There Is'" Professional Misconduct going on., with Mr. Laben; And Assistant States Attorney, Linda Howe. ["The Petitioner Is' being Denied State Hearing Testimony Transcripts In' question..."] Conflict of Interest... (" Conspiracy of Justice")!

5. A.) The Petitioner: Is' stating there is' a great need for the Federal Court., If' you will please give me the Evidentiary Hearing That Is Necessary In my Criminal Case.. Please - Appoint New Counsel., Please - As The Federal Court will See And understand Im! being Denied the right to, goto Trial In This Case,

If' the Federal Court will Not Appoint Federal Counsel., to help me Here., And This is why:

The Petitioner. In this Case Is not An Attorney., And Incarcerated At MacDougall-Walker C.I.. And without A Law "Library" None.., Not even A Typewriter., "don't" Have A Counselor on my Block. ("L-2".) No Typewriter., And Have Carpal In right Hand. "Very Painfull., This Is True to The Best of my Knowledge Knowledge.
Raymond J. Cerilli

6.) Without Prejudice, to Refile, when the State Case Is done.

7.) The petitioner, states This Is True and correct to the Best of my knowledge, Please Withdraw This Petition, Without Prejudice. And Because I'm not An Attorney, And Don't understand how to Amend, All my Information Into this Petition; when It's not In, State Court:, At this Time." I'm just being Honest", I've given New Attorney appointed Mr. Jeffrey W. Minnier, my statements, Regarding my Case,.

Respectfully Submitted.

Raymond J. Cerilli

MacDougall Walker C.I.
1153 East Street South
Suffield. Ct. 06080-0002.

## Certification

This is to Certify that a copy of the foregoing have been mailed to Attorney of the Record. This 24th, day of December 2003; To:

Mr. James A. Killen Esq
Supervisory Assistant of the
States Attorney's Office
300 Corporate Place
Rocky Hill.. Ct. 06067.

*Raymond Cerilli*
Pro Se Petitioner