Docket No. CV-97-0407991-S.

```
Raymond J. Cerilli,        :  Superior Court
         Petitioner        :  Judicial District Of
vs.                        :  New Haven. At
                           :  New Haven.
Warden State Prison,       :
         Defendents:       :  Date. 12/24/03.
```

Motion For Appearance And Formal Written Request And Statement: Attached Hereto Motion:

I' Raymond J. Cerilli. And make a request and respectfully moves for the Court's, Permission For A Appearance before the Court, For The Following Issues And Reasons:

1.) The petitioner has Filed Motion For Transcripts: of "Hering Dates". And has made A Formal Written Request To the Chief Clerk of This Above Record. June 4th 2003. And Forward:

2.) The Transcripts Requested. Were Before Honorable Radcliffe. J.) The Attorny's of Record have

Received Copy by Certification, Attached, to this Motion.

3) The Petitioner, Respectfully Requests this Appearance please; 1/ The Petitioner have Shown only Respect to Mr. Laden, Attorney, But I'm getting No Respect None...; Only Retaliation and Lies; Misleading Petitioner.

4) The Petitioner, Is at MacDougall Correctional Institution, And being "Denied" A Typewriter; I' have Injury to Right Wrist! Very Hard to Write Letters, please see The Medical Reports Attached Very Hard to Write Letters.

Respectfully Submitted

Raymond J. Cerilli

MacDougall-Walker
1153 East-St. S.
Suffield, Ct. 06080-0002

Certification:

I hereby certify that Counsel of the Record has received copy of the above Motion and Request, on this 12. month, of the 24th. day, 2003, To:

Jeffrey W. Minnier,
Attorney At Law.
P.O. Box 745
Bristol, CT. 06011-0745.

Raymond [signature]
Pro Se Petitioner.

Date: 12/24/03.          "Memo"

Chief Clerk: Of
Superior Court
State Of Connecticut
235 Church Street
New Haven, Ct. 06510

Re: Raymond J. Cerilli Vs. Waden:
#No. CV-97-0407991-S.

Dear Clerk;

I'm writing to you regarding my requests:

My Motion For transcripts;
Filed By Cerilli; regarding
Court Hearing; June 4th, 2003
And Only;
Before Honorable Radcliffe J.

I have Attached letters;

to Show I need the transcripts.

Re: Complaint #03-0174 Cerilli
Vs. Laden, By Gregory A. Benoit
Grievance Counsel P.O. Box 270
Waterford, Ct. 06385-0270.

[left margin, vertical:] Very Important Timely Matter;

Please respond as soon as possible,

I don't care that a Attorney has been appointed to my case.

I have filed a Complaint, against Attorney.

And I need that (tape) "tape recorded" testimony of the day in question, filed in My Motion (about #2 - Months ago.)

Please respond as soon as possible,

or I'm going to File Civil Action. And I also request that the Court recorded tape testimony be "Preserved".

I' request the Hearing be Preserved. the Complaint No. has been Attached herito.

With the information And Motion Pro Se Petitioner. filed Before Court:

1.) Please send me the requested papers; For an Appearance before the Court.

2.) Please I' request Hearing before the Court.

3.) I' request to talk talk to a Judge.

4.) I' request the transcripts be made for me.

5.) the Pro Se Petitioner. has filed all the Motions to the Court.

6.) As requested By the Clerk!

CC/RJC/file: Chief Clerk. 12/24/03.
Case No. CV 97-0407991-S.

Thank you for your help and your time.

Very truly yours,

Raymond Cerilli
Department of Corr.
MacDougall-Walker C.I.
1153 East Street South
Suffield, Ct 06080-0012

cc/file:
Complaint No.# 03-0174. Cerilli vs Laden.