John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

*REQUEST COPY*

```
NAME: CERELLI, RAYMOND                    PAT ID: T90162375   DOB: 08/15/57
DOS:  11/18/03   REQ NO: 00650228         REFERRED BY: SILVIS, TIMOTHY,
READ: 11/21/03   TYPED: 11/21/03 12:03    TYPED BY: 900    LOCATION: PR14
RADIOLOGIST: HENKEN, E MARVIN             RESIDENT:
```

DIAGNOSTIC RADIOLOGIC REPORT

EXAMINATIONS OF THE CHEST, CERVICAL AND LUMBAR SPINES, WRISTS, ANKLES AND LEFT HIP were obtained for evaluation of back pain, wrist pain and to rule out arthritis.

PA and lateral views of the chest revealed clear lungs, and an average appearing cardiovascular silhouette. The bony thorax was intact.

AP and lateral views of the lumbar spine revealed 5 non rib-bearing vertebrae of expected height. There was slight narrowing of the L2 interspace in comparison with the remainder. Interpediculate distances were average. There was increase in sclerosis of the apophyseal joints between L4, 5 and S1.

AP and frog views of the left hip revealed no disturbance in joint alignment. The osseous structures were intact, and the soft tissues were average.

AP and lateral views of the cervical spine did not include C7. The visualized vertebral bodies were of expected height. The C3 and C5 disc spaces were narrowed in comparison with the remainder.

AP and lateral views of the left wrist revealed a probable old healed fracture of the styloid process of the ulna. Just included in the study was a metal plate along the shaft of the ulna. The osseous structures were otherwise intact.

→ AP and lateral views of the right wrist revealed irregularity of the styloid process of the radius. There appeared to have been an ununited fracture of the proximal third of the scaphoid. The lunate was somewhat dense as well.

AP and lateral views of the ankles revealed no disturbance in joint relationships. There were rudimentary spurs of the plantar surfaces of the os calci. There possibly had been an old avulsion cortical fracture of the medial malleolus of the right ankle.

CONCLUSION:

PAGE 1

John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

CERELLI, RAYMOND            PAT ID: T90162375    REQ NO: 00650228
1. Normal chest.
2. Early hypertrophic arthritis, and narrowed L2 disc lumbar spine.
3. Normal left hip.
4. Narrowed C3 and C5 disc spaces (C7 not demonstrated).
5. Healed fracture, left ulnar styloid process and previous internal fixation of the distal ulna.
6. Ununited fracture, right carpal scaphoid and possibly aseptic necrosis of the lunate with arthritic changes of the radiocarpal joint.
7. Small bilateral calcaneal spurs.
8. Probable old cortical tear, left medial malleolus.  CPT 71020, 72100, 73510, 72040, 73100 x 2 and 73600 x 2.  ICD-9 V71.89, 722.52, 715.94, 824.8
**********
376247

APPROVED BY HENKEN, E MARVIN, M. D.

PAGE 2

# STATE OF CONNECTICUT
### New London Judicial District Local Grievance Panel

GREGORY A. BENOIT
**GRIEVANCE COUNSEL**
P.O. Box 270
WATERFORD, CONNECTICUT 06385-0270

October 15, 2003

(Complainant)
Raymond J. Cerilli, Prisoner #162375
Cell/H270
MacDougal 1151 E. St. S
Suffield, CT 06078

RE: Complaint # 03-0174, Cerili vs. Laben

Dear Complainant:

I am enclosing herewith a copy of the Respondent Attorney's answer to your Grievance Complaint. This is being provided to you for your own information. There is no obligation or duty for you to respond further. In the event that you wish to respond you may do so in writing by submitting your response, with **six duplicate copies**, to this office. **All information and material that is submitted concerning a Grievance Complaint must be submitted in writing, and with six duplicate copies. Any submission must be fully collated, with the original and the six duplicate copies separately secured by means of staple, file fastener or paper clip. It is not the function or job of this office to organize a filing.** The reason for this is to avoid any miscommunication between you, this office, the Panel, and the Respondent Attorney.

What happens next? The Panel will consider your complaint at a private meeting of the Panel. Only the Panel Members and the undersigned counsel for the Panel will be present. Only Panel Members vote. The undersigned counsel does not vote. Generally, the Panel does not table a file to allow a Complainant time to respond to an Attorney's answer. For this reason, if you wish to respond, you should do so as quickly as possible. As the Panel's Counsel I will notify you in writing of the Panel's decision. The matter will then be transferred to the Statewide Grievance Committee and it will independently review the Panel's determination. The Statewide Grievance Committee is free to accept or reject the Panel's determination. **Once you are notified of the Local Panel's decision you may not submit any more material to this office. If you wish to submit additional material or information it must be submitted to the Statewide Grievance Committee at: 2nd Floor – Suite Two, 287 Main St., East Hartford, CT 06118-1885.**

Sincerely,

*[signature]*

Gregory A. Benoit
Panel Counsel

GAB: wlf
Enc.

# ANSELL LABEN

LAW OFFICES, LLC
94 Broad Street
New London, CT 06320

Denise P. Ansell, MBA, JD
Adam A. Laben, MBA, JD

Telephone: (860) 437-1187
Facsimile: (860) 437-0811

September 17, 2003

Attorney Gregory A. Benoit
PO Box 270
Waterford, CT 06385

RE:   CERILLI V LABEN # 03-0174

Dear Attorney Benoit:

    I have reviewed the thirty-two pages of what comprises Mr. Cerilli's grievance against me. Without getting into the merits of the allegations of ineffective assistance of former trial and appellate counsel, he complains that I " mislead" him and that escalates all the way to his belief that I am an outright "liar" resulting in him " being railroaded" and " denied legal assistance" by which I presume he means effective assistance.

    Though complainant is clear I did not fail to keep him informed, he takes exception to the substance of which he was informed given it doesn't comport with what he desperately wants to hear and prove in one court of competent jurisdiction or another.

    I was Mr. Cerilli's third appointed attorney in his habeas corpus petition. He did not get along with the previous two attorneys apparently because he did not like what they had to say about his case, and quite frankly, Mr. Cerilli was not happy with what I reported to him either. I had the issues raised in the habeas corpus petition reviewed by an expert witness Attorney Leon Kaatz, with whom I consulted specifically to provide testimony at trial.

    Mr. Cerilli appeared in court in New Haven for his habeas trial on June 4, 2003, however, the court was short handed without enough court reporters resulting in the trial being continued to July 17, 2003. I informed Mr. Cerilli in lock up of what had transpired that day and he became belligerent and verbally abusive. Prior to July 17, 2003 I prepared and filed a motion to withdraw appearance and a motion to withdraw appearance of all public defenders based on Connecticut Practice Book Section 23-41. Both motions were heard by the Hon. Radcliffe, J., on August 19, 2003 in Mr. Cerilli's presence. Practice Book Section 23-41 motion to withdraw was denied and my motion to withdraw as counsel was granted, since Mr. Cerilli had threatened me in his letters.

    It is important to point out here that Mr. Cerilli's entire trial strategy in the criminal prosecution was actual innocence. Mr. Cerilli was Ada that he had nothing to do with the sexual

assault and kidnaping and that it is simply a case of mistaken identity. The defense was geared to creating reasonable doubt in the jurors' minds especially when the alleged victim gave conflicting descriptions of her assailant which were ably pointed out to the jury. Mr. Cerilli unfortunately was convicted as charged. He has now admitted his involvement in the sexual assault by his numerous letters to the courts, the prosecution and to the undersigned. He is remorseful and hopes for some leniency. I am sympathetic to Mr. Cerilli's plight however, the prosecutor who is defending the conviction is not willing to agree to any sentence reduction much to Mr. Cerilli's chagrin.

    Finally, I have never addressed complainant in any manner other than Mr. Cerilli, you, or Sir during the course of my representation of him which culminated in a motion to withdraw with a brief filed under seal.

Very truly yours,

Adam A. Laben

ALL/amd

DATE 10/31/03.

JEFFREY W. MINNIER
ATTORNEY AT LAW
PO. BOX 745
BRISTOL., CT, 06011-0745.

RE: RAYMOND J. CERILLI: CV-97-0407991S

DEAR MR. MINNIER: ATTORNEY.

I' am writing to your Office regarding my above Case., please give me the Time' to talk over my Case with you. and I' have requested the last Trial Transcript of the Judge... because the Attorney was Lying before The Judge!!!/ and the Judge GOT' MAD...

This Is All On The Last Court Record... I' have False Charges in this Case...   I' was denied my rights with the Trial Attorney Mr. Ullmann., yes' I' did not Understand the Attorney'?/  he was misleading me at every hearing that was before the Judge Mckever, in 1989- or 1990 was my Trial.

I' told the police every thing., and they told me 3- years., and then there was aproblem with the police., Yes' I' was on on drugs and paying the police.../ and so was all my friends... In New Haven., at the Trial Tom. Ullmann., stateed to me that he could get me : maybe #13 years/? and then at Trial they said #7 more....  I' did not understand! I' said to the Judge #7 more years to what??? and they never gave me a response., I' said to Ullmann., #7 more years to the #13 years????/ He said I' will find out.,  "and I' said out to the Judge/ & #7 years to what?/ and there was no offer that I' could.... "UNDERSTAND"....

Please give me the change to tell you what they did to me and then you can help me or., not help me.
all I' ask Is that you give me the Change to tell you.,

Page 2.)

I' have a lot more to tell you about my Case... Tom, Ullmann set me up at the very first day of the hearings when I' came back from New York State., I' sent you the papers on this matter of the Attorney never got the Investigator to go to the New York State., regarding the "Speedy Trial Papers..", The Judge Mckeever., Stated In Court That My Speedy Trial Papers wwere not real??? and there Is no way of Knowing If' that Is a REAL NOTARY??? Ms. Mary A. Fraser; Notary Public State Of New York: No. 1305130... an-d they said we will now go forward with the trial?????/ Mr. Ullmann. ("Railroad Me To Trial")... Judge Mckeever., was out of time and there was a hearing on this Matter..... Just Before my Trial..

"And I' never said any thing to the first Judge; But I' want to go to Trial., after I' came In from New York State...

I'n asking you to please get the papers from the Hearing that I' Have requested., before The Honorable Radcliffe Judge.) The judge told Adam A, Laben Attorney., What are you "DOING" I' did not Order any Expert Witness..... I' Did not Hear any expert in this Court Room?????/ This Attorney Went outside the Connecticut Practice Book.... Yes this What is going (ON) In my case...../ ["INEFFECTIVE ASSISTANCE"].......

I' was thh one being Robbed by the Twp Girls'., they were Call Girls' Of the Night...... Working for Drug Gang., that Is true..... " I' Don't get to tell What really Happen That Night??? Two Girls' get to(SET)cme up .... I' Get Life In Prison.... because Tom Ullmann., Did Not Want To do my Case., He Told The Judge McKeever., In the Court Room., Yes On A Hearing Before Mckeever; I' Have A Witness to this Fact; Robert Foly.... I' told the Judge I' Don't want Mr Ullmann., as My Attorney....

pag.3.)}

I' Hope that you will give me the Legal Assistance that Im' requesting In this letter., Looking for what really happen... Now I' told every Judge., I' have not Lied to any One here.... If' No one is going to help me., I' will have to file to the Federal Court...., And Sue the State., tell-the State just what is going on really..., Drug. Running Cops at New Haven/ now he is doing the same thing in East Haven CT., The One Who (SET) me up.....

I' just want to have my life back., March 15th., 2004. will be 17teen years in jail..., Who do you Know that was in jail that long????? For what I' said really happen????["NOT ONE BLACK MAN IN THIS STATE......"] I' can read the cases in my law books., I' worked from the age of 12 years old., I' very sorry I' had a bad Wife.... and she had broken my heart and I' went on drugs..,  I' did not kill any one.., they all lie for the Police., and make false Police Reports., my On family was a Ploice Officer at New Haven Ct., and he had to get out of there???? and be Came a State Police Officer....

Please tell me What you want to do//  OK.

I' Thank You'. For your time and Help.

Very Truly Yours,

Raymond J. Cerilli #162375

Department Of Correction
MacDougall-Walker
1153 East Street- South
Suffield., Ct. 06080.