United States District Court
District Of Connecticut

---

Raymond J. Cerilli                    Prisoner:
          vs.                         Case No. 3:03-CV-340(CFD)
Warden Rodriguez                      Date 12/24/03.

---

Motion For Permission to File the #3rd., Amended Application For A Writ of Habeas Corpus. Puruant To 28 U.S.C. §2254., By A Person In State Custody:

---

I' Raymond J. Cerilli., And Make A Request; And Respectfully Asked The Federal Court, For Permission to File The #3rd. Amended Application.

1.) The Second Amended Application., Was done Wrong by the petitioner., And All The Claims Were not put back IN., And The New Claims of Professional Misconduct; Have to be Addressed; Information And Dates, of: June 4th, 2003., July 17th., 2003. And August 19th, 2003.. The petitioner Is being Denied his rights In State Court., Being Denied Trial... And It's on Court Testimony., The Transcripts Are being Denied To Above date.

2.) Medical File Attached of Injury;
The Petitioner, will request the
Federal Court, to send the New
#3rd, Amended Application.. So I
Can Refile Again. I will need A
Lot of Time Because of Injury...
Respectfully Submitted.

Raymond J. Cerilli
Pro Se Petitioner.
MacDougall Walker.
1153 East St. S.
Suffield., Ct. 06080-0002.

## Certification

This is to Certify that a Copy of
The foregoing have been Mailed
To Attorney of the Record
This 24th day of December 2003,
To:

Mr. James A. Killen Esq
Supervisory Assistant of the
States Attorney's Office
300 Corporte Place
Rocky Hill., Ct. 06067.

Raymond J. Cerilli