UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL -9 P 1:59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Raymond J. Cerilli

v.

Rodriguez

**Prisoner**
3:03cv340(CFD)

ORDER

The Clerk is directed to receipt the overpaid fee in the amount of $5.00 submitted by the inmate in the above-entitled case. The Clerk is further directed to disburse that amount to the inmate and send to the inmate at the following address:

Inmate Name ____ Raymond J. Cerilli ____

Inmate Number ____ #162375 ____

Address ____ Cheshire Correctional Institution ____

____ 900 Highland Ave, Cheshire, CT 06410-1668 ____

SO ORDERED.

Dated at Bridgeport, Connecticut, this 7th day of July, 2004.

_____
United States District Judge