MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

FILED

Roseann B. MacKechnie
CLERK

2005 APR 26  A 11: 22

MAR 29 2005

| | |
|---|---|
| Date: | 3/29/05 |
| Docket Number: | 04-0539-op |
| Short Title: | CERILLI v. RODRIQUEZ |
| DC Docket Number: | 03-cv-340 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Christopher Dro |

## ORDER

**NOTICE HAVING BEEN GIVEN** that Petitioner was required to file an application requesting that this Court authorize a second or successive habeas corpus petition in the United States District Court, and

**PETITIONER HAVING FAILED** to file said application within the
**FORTY FIVE DAYS** prescribed,

Authorization for the underlying petition is denied pursuant to Liriano v. USA, 95 F.3d 119 (2nd Cir. (NY)).

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

SO ORDERED,

For the Court,
Roseann B. MacKechnie, Clerk

By: Gislaine Phillip
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:   APR 15 2005